IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 07-110 |
| | ) | |
| ROBERT LEE CARTER, IV | ) | |
| DWAYNE MICHAEL CARTER | ) | |

ORDER OF COURT

AND NOW, this 24th day of January, 2008, upon consideration of the Government's Motion to File a Consolidated Omnibus Response to Defendants' Pretrial Motions,

IT IS HEREBY ORDERED that said Motion is GRANTED.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record