IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-110 |
| | ) |
| ROBERT LEE CARTER, IV, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 14th day of May, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 6, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, June 15, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Michael L. Ivory,
    Assistant United States Attorney

    Marketa Sims,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation